STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CW 09-1407 consolidated with 10-194


CHARLES EBINGER AND
CHARLENE EBINGER

VERSUS

VENUS CONSTRUCTION CORPORATION


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2003-5416
HONORABLE EDWARD B. BROUSSARD, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


MARC T. AMY
JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of John D. Saunders, Marc T. Amy, and Elizabeth A. Pickett, Judges.


WRIT GRANTED.  REVERSED AND REMANDED.

Wayne M. Babovich
Babovich & Spedale, PLC
1750 St. Charles Avenue, Suite 206
New Orleans, LA   70130
(504) 310-3886
COUNSEL FOR DEFENDANT/RESPONDENT:
    Roy Carubba

Christopher John Couch
111 Veterans Memorial Boulevard, Suite 1600
Metairie, LA   70005
(504) 838-7747
COUNSEL FOR DEFENDANT/RESPONDENT:
    Roy Carubba

**Thomas J. Eppling**
**Craig Wren Brewer**
**Sara P. Scurlock**
**Staines, Eppling & Myers**
**3500 N. Causeway Boulevard, Suite 820**
**Metairie, LA   70002**
**(504) 838-0019**
**COUNSEL FOR DEFENDANT/RESPONDENT:**
        **Post-Tension Slabs, Inc**.

**William Lee Melancon**
**Thomas H. Morrow**
**Melancon & Associates**
**900 S. College Road, Suite 300**
**Lafayette, LA   70503**
**(337) 233-8600**
**COUNSEL FOR PLAINTIFFS/RESPONDENTS:**
        **Charles Ebinger**
        **Charlene Ebinger**

**Leigh Haynie**
**1009 Kidder Road**
**Carencro, LA   70520**
**(337) 886-9145**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
        **Charles Ebinger**

**Glen E. Mercer**
**Kourtney Twenhafel French**
**Salley, Hite, Rivera & Mercer**
**365 Canal Street, Suite 1710**
**New Orleans, LA   70130**
**(504) 566-8800**
**COUNSEL FOR DEFENDANT RESPONDENT:**
        **Maryland Insurance Company**

**W. Evan Plauche'**
**Justin E. Alsterberg**
**Shailendra Kulkarni**
**Hailey, McNamara, Hall, Larmann & Papale, LLP**
**One Galleria Boulevard, Suite 1400**
**New Orleans, LA   70011**
**(504) 836-6500**
**COUNSEL FOR DEFENDANT/APPLICANT:**
        **Venus Construction Corporation**

AMY, Judge.

For the reasons cited in the companion appeal of *Ebinger v. Venus Constr. Corp.*, 10-194 (La.App. 3 Cir. _/_/10), _ So.3d _, the trial court's dismissal of the appellee - Post-Tension Slabs, Inc. pursuant to the granting of the exception of prescription is reversed. This matter is remanded for further proceedings. All costs of this proceeding are assessed against the appellee, Post-Tension Slabs, Inc.

**WRIT GRANTED. REVERSED AND REMANDED.**